IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

PEGGY A. HALES,

       Plaintiff,

v.                                  Civil Action Number 4:11cv28

CITY OF NEWPORT NEWS, et al.,

       Defendants.

_____

NOTICE OF APPEARANCE

COMES NOW James A. Cales III, Esquire, and notes his appearance on behalf of

Justin Briggs, as counsel of record in this action.  I further certify that I am admitted to

practice before the United States District Court for the Eastern District of Virginia.

                                 On behalf of JUSTIN BRIGGS

                                 By_____/s/_____
                                 James A. Cales III, Esquire
                                 Virginia State Bar No.  41317
                                 Counsel for Justin Briggs
                                 Furniss, Davis, Rashkind and Saunders, P.C.
                                 6160 Kempsville Circle, Suite 341 B
                                 P.O. Box 12525
                                 Norfolk, Virginia 23541-0525
                                 Telephone (757) 461-7100
                                 Facsimile (757) 461-0083
                                 jcales@funrissdavis.com

Alan Brody Rashkind, Esquire
Virginia State Bar No. 12658
James A. Cales III, Esquire
Virginia State Bar No. 41317
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B

1

Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No.  (757) 461-7100
Facsimile No.    (757) 461-0083

## CERTIFICATE

I hereby certify that on February 21, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


Allen J. Gordon, Esquire
Erik P. Gordon, Esquire
Attorneys for Plaintiff
1553 S. Military Highway
P.O. Box 1756
Chesapeake, Virginia 23327
Telephone: (757) 420-9731
Facsimile: (757) 420-7210
tinad@cavtel.net


Stanley G. Barr, Jr., Esquire
Attorney for Johnson and Gayle
150 West Main Street, Suite 2100
Post Office Box 3037
Norfolk, VA 23514-3037
(757) 624-3274
(757) 624-3169 (fax)
sgbarr@kaufcan.com


Darlene P. Bradberry, Esquire
Deputy City Attorney
Nicole M. Montalto, Esquire
Assistant City Attorney
Attorneys for City of Newport News,
Neil A. Morgan and James D. Fox
2400 Washington Avenue, 9th Floor
Newport News, VA  23607
(757) 926-8416
(757) 926-8549 (fax)
dbradberry@nngov.com
nmontalto@nngov.com

/s/
_____

James A. Cales III, Esquire
Virginia State Bar No.  41317
Counsel for Justin Briggs
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341 B
P.O. Box 12525
Norfolk, Virginia 23541-0525
Telephone (757) 461-7100
Facsimile (757) 461-0083
jcales@funrissdavis.com