IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

PEGGY A. HALES,

        Plaintiff,

v.                                    Civil Action Number 4:11cv28

CITY OF NEWPORT NEWS, et al.,

        Defendants.

**DEFENDANT BRIGGS'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

COMES NOW Justin Briggs, by counsel, and as and for his Reply Brief in support of his Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure states as follows:

On Monday, February 28, 2011, plaintiff served a brief opposing this defendant's motion to dismiss.  As near as makes no difference, the brief filed by plaintiff mirrors that filed in opposition to the motion to dismiss of the defendants City, Morgan, and Fox.  As such, this defendant here incorporates by reference, as if set forth in full, the arguments offered by the defendants City, Morgan and Fox in their reply brief to plaintiff's opposition. This defendant further relies on the arguments offered in his opening brief in support of his motion to dismiss.

Importantly, plaintiff's instant submission does not squarely address any of the Complaint's deficiencies detailed in this defendant's opening brief.  Plaintiff does not shed any light in opposition to the arguments related to the sufficiency of the pleadings,

1

plausibility, qualified immunity, or state law.  Instead, plaintiff repeats the facts asserted in

the Complaint, with a sprinkling of additional unpleaded factual assertions, and recites the

law she contends applies in conclusive fashion.  In the absence of a meaningful rebuttal

tailored to the arguments advanced by this defendant, it is clear that Briggs's previously

filed motion to dismiss should be granted, and this action dismissed.

JUSTIN BRIGGS

By_____/s/_____
James A. Cales III, Esquire
Virginia State Bar No. 41317
Counsel for Officer Justin Briggs
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100
Facsimile No. (757) 461-0083
Email: jcales@furnissdavis.com

Alan Brody Rashkind, Esquire
Virginia State Bar No. 12658
James A. Cales III, Esquire
Virginia State Bar No. 41317
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No.  (757) 461-7100
Facsimile No.   (757) 461-0083

## CERTIFICATE

I hereby certify that on March 2, 2011, I will electronically file the foregoing with the
Clerk of Court using the CM/ECF system, which will then send a notification of such filing
(NEF) to the following:

Allen J. Gordon, Esquire
Erik P. Gordon, Esquire
Attorneys for Plaintiff
1553 S. Military Highway
P.O. Box 1756
Chesapeake, Virginia 23327
Telephone: (757) 420-9731
Facsimile: (757) 420-7210
tinad@cavtel.net


Stanley G. Barr, Jr., Esquire
Attorney for Johnson and Gayle
150 West Main Street, Suite 2100
Post Office Box 3037
Norfolk, VA 23514-3037
(757) 624-3274
(757) 624-3169 (fax)
sgbarr@kaufcan.com


Darlene P. Bradberry, Esquire
Deputy City Attorney
Nicole M. Montalto, Esquire
Assistant City Attorney
Attorneys for City of Newport News,
Neil A. Morgan and James D. Fox
2400 Washington Avenue, 9th Floor
Newport News, VA  23607
(757) 926-8416
(757) 926-8549 (fax)
dbradberry@nngov.com
nmontalto@nngov.com


_____
                    /s/
James A. Cales III, Esquire
Virginia State Bar No. 41317
Counsel for Officer Justin Briggs
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100

3

Facsimile No. (757) 461-0083
Email: jcales@furnissdavis.com