IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

PEGGY A. HALES,

       Plaintiff,

v.                                   Civil Action Number 4:11cv28

CITY OF NEWPORT NEWS, et al.,

       Defendants.

### NOTICE OF REQUEST FOR HEARING

COMES NOW, the defendant Justin Briggs, by counsel, and files this Notice of Request for Hearing for his fully briefed motion to dismiss filed February 21, 2011.

JUSTIN BRIGGS

By     /s/
James A. Cales III, Esquire
Virginia State Bar No. 41317
Counsel for Officer Justin Briggs
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100
Facsimile No. (757) 461-0083
Email: jcales@furnissdavis.com

Alan Brody Rashkind, Esquire
Virginia State Bar No. 12658
James A. Cales III, Esquire
Virginia State Bar No. 41317
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B

Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No.  (757) 461-7100
Facsimile No.   (757) 461-0083

## CERTIFICATE

I hereby certify that on March 2, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Allen J. Gordon, Esquire
Erik P. Gordon, Esquire
Attorneys for Plaintiff
1553 S. Military Highway
P.O. Box 1756
Chesapeake, Virginia 23327
Telephone: (757) 420-9731
Facsimile: (757) 420-7210
tinad@cavtel.net


Stanley G. Barr, Jr., Esquire
Attorney for Johnson and Gayle
150 West Main Street, Suite 2100
Post Office Box 3037
Norfolk, VA 23514-3037
(757) 624-3274
(757) 624-3169 (fax)
sgbarr@kaufcan.com


Darlene P. Bradberry, Esquire
Deputy City Attorney
Nicole M. Montalto, Esquire
Assistant City Attorney
Attorneys for City of Newport News,
Neil A. Morgan and James D. Fox
2400 Washington Avenue, 9th Floor
Newport News, VA  23607
(757) 926-8416
(757) 926-8549 (fax)
dbradberry@nngov.com
nmontalto@nngov.com

/s/
James A. Cales III, Esquire
Virginia State Bar No. 41317
Counsel for Officer Justin Briggs
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100
Facsimile No. (757) 461-0083
Email: jcales@furnissdavis.com