# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**PEGGY A. HALES,**

    **Plaintiff,**

v.                                                   C.A. No.: **4:11cv28**

**CITY OF NEWPORT NEWS, et al.,**

    **Defendants.**

## NOTICE OF REQUEST FOR ORAL ARGUMENT

    **COME NOW** the Defendants, the City of Newport News; James D. Fox, Newport News Chief of Police; and Neil A. Morgan, Newport News City Manager, by counsel, and, pursuant to Local Rule 7, respectfully request oral argument on the Defendants' fully briefed Motion to Dismiss (Document No. 2) filed February 2, 2011.

                                               CITY OF NEWPORT NEWS,
                                               JAMES D. FOX, Newport News Chief of Police
                                               NEIL A. MORGAN, Newport News City Manager

                                               By _____/s/_____
                                                    Darlene P. Bradberry, Esq.
                                                    Deputy City Attorney
                                                    Virginia State Bar No.: 34442
                                                    Attorney for the City Newport News;
                                                    James D. Fox, Newport News Chief of Police; and
                                                    Neil A. Morgan, Newport News City Manager
                                                    Newport News City Attorney's Office
                                                    2400 Washington Avenue, 9th Floor
                                                    Newport News, Virginia 23607
                                                    Phone: 757-926-8416
                                                    Fax: 757- 926-8549
                                                    dbradberry@nngov.com

**Certificate of Service**

       I hereby certify that on the 3rd day of March, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan B. Rashkind, Esq.
Furniss, Davis, Rashkind & Saunders, P.C.
Virginia State Bar No. 12658
Attorney for Officer Justin E. Briggs
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Phone: 757-461-7100
Fax: 757-461-0083
arashkind@furnissdavis.com

James A. Cales, III, Esq.
Furniss, Davis, Rashkind & Saunders, P.C.
Virginia State Bar No. 41317
Attorney for Officer Justin E. Briggs
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Phone: 757-461-7100
Fax: 757-461-0083
jcales@furnissdavis.com

Stanley G. Barr, Esq.
Kaufman & Canoles
Virginia State Bar No.: 7224
Attorney for Sgt. J.F. Gayle
150 West Main Street, Suite 2100
Post Office Box 3037
Norfolk, Virginia 23514-3037
Phone: 757-624-3274
Fax: 757- 624-3169
sgbarr@kaufcan.com

Allen J. Gordon, Esq.
Virginia State Bar No. 7004
Erik P. Gordon, Esq.
Virginia State Bar No. 32716
1553 Military Highway
P.O. Box 1756
Chesapeake, Virginia 23327
Phone: 757-420-9731
Fax: 757-420-7210
tinad@cavtel.net

                                                                                        /s/
Darlene P. Bradberry, Esq.
Deputy City Attorney
Virginia State Bar No.: 34442
Attorney for the City Newport News;
James D. Fox, Newport News Chief of Police; and
Neil A. Morgan, Newport News City Manager
Newport News City Attorney's Office
2400 Washington Avenue, 9th Floor
Newport News, Virginia 23607
Phone: 757-926-8416
Fax: 757- 926-8549
dbradberry@nngov.com