AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



PEGGY A. HALES,

    Plaintiff,

v.

    Civil Action No. 4:11cv28

CITY OF NEWPORT NEWS, et al.

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the motion to dismiss filed by defendants City of Newport News, James D. Fox, and Neil A. Morgan is GRANTED.

September 30, 2011
Date

FERNANDO GALINDO, CLERK

By: /s/
R. Simmons, Deputy Clerk