

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS Division**

PEGGY A. HALES,

    Plaintiff,

v.                              ACTION NO. 4:11cv28

CITY OF NEWPORT NEWS, et al.,

    Defendants.

### ORDER TO SHOW CAUSE

Plaintiff has not submitted any evidence that this action has been served upon Defendant Officer Darryl J. Johnson within 120 days of the filing of the Complaint as required by Fed. R.Civ.P. 4.

ORDERED that within twenty (20) days, the plaintiff show cause, if any, why this civil action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure as to defendant Officer Darryl J. Johnson. If Plaintiff fails to establish good cause for the delay, this action will be dismissed without prejudice.

The Clerk is **DIRECTED** to send a copy of this Order to Show Cause to Plaintiff.

IT IS SO **ORDERED**.

Entered this 5th day of October, 2011 .

/s/      
Mark S. Davis
United States District Judge

United States District Judge