IN THE UNITED STATES DISTRICT COURT
For the Eastern District of Virginia
Newport News Division



PEGGY A. HALES,

                Plaintiff

vs.

CIVIL ACTION

NO. 4:11-cv-00028-MSD-DEM

OFFICER JUSTIN E. BRIGGS,
OFFICER DARRYL J. JOHNSON,
and
SGT. J. F. GAYLE,

                Defendants

### AFFIDAVIT

STATE OF VIRGINIA
CITY OF CHESAPEAKE, to-wit:

    THIS DAY personally appeared before me, the undersigned Notary Public, ALLEN J. GORDON, who after first being duly sworn according to law, made oath and stated:

    That he is agent and attorney for the plaintiff, PEGGY A. HALES, in a suit pending against OFFICER JUSTIN E. BRIGGS, OFFICER DARRYL J. JOHNSON, and SGT. J. F. GAYLE; that the last known address, as provided by §8.01-307 et. seq. of the 1950 Code of Virginia, as amended, of the defendant, OFFICER DARRYL J. JOHNSON, according to the best of his knowledge, information, and belief, is c/o **Newport News Police Department, 9710 Jefferson Avenue, Newport News, Virginia**; that due diligence has been used by and on behalf of the plaintiff, PEGGY A. HALES, to determine the whereabouts of the defendant, OFFICER DARRYL J. JOHNSON, within the Commonwealth of Virginia; however, the plaintiff has been unsuccessful in determining said defendant's whereabouts in the Commonwealth of Virginia.

                                                  _____
                                                  Allen J. Gordon

    SUBSCRIBED and sworn to before me by Allen J. Gordon, a person who is known to me, on this 6th day of October, 2011.

                                                  _____
                                                  Notary Public

Christina L. de Paulo
Notary I.D. # 7020025
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires: May 31, 2014

Notary Identification No. 7020025
My commission expires on May 31, 2014.