IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**PEGGY A. HALES,**

    **Plaintiff,**

v.                                           Case No.: 4:11cv28

**CITY OF NEWPORT NEWS, et. als.**

    **Defendants.**

### NOTICE OF APPEARANCE

NOW COMES Andrew K. Rudiger of the law firm of Kaufman & Canoles, P.C. and notes his appearance as counsel on behalf of Sergeant J.F. Gayle with respect to the action filed by Peggy Hales.

                                          **SERGEANT J.F. GAYLE**

                                By:   /s/ Andrew K. Rudiger
                                                  Of Counsel

Stanley G. Barr, Jr., Esquire (VSB No. 7224)
sgbarr@kaufcan.com
Andrew K. Rudiger (VSB No. 80884)
akrudiger@kaufcan.com
KAUFMAN & CANOLES, P. C.
Post Office Box 3037
Norfolk, VA 23514
Phone: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Defendant Sergeant J.F. Gayle*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Notice of Appearance* is being filed with the Court's Electronic Filing System this 7th day of October, 2011, which will send a Notice of Electronic Filing (NEF) to the following users:

Allen J. Gordon, Esq.
Erik P. Gordon, Esq.
1553 S. Military Highway
P.O. Box 1756
Chesapeake, VA 23327
*Counsel for Plaintiff*

Darlene P. Bradberry, Esq.
Nicole M. Montalto, Esq.
Newport News City Attorney's Office
2400 Washington Avenue, 9th Floor
Newport News, VA 23607
*Counsel for City of Newport News, James D. Fox and Neil A. Morgan*

Alan B. Rashkind, Esq.
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, #341B
P.O. Box 12525
Norfolk, VA 23541-0525
*Counsel for Justin E. Briggs*

/s/ Andrew K. Rudiger
Stanley G. Barr, Jr., Esquire (VSB No. 7224)
sgbarr@kaufcan.com
Andrew K. Rudiger (VSB No. 80884)
akrudiger@kaufcan.com
KAUFMAN & CANOLES, P. C.
Post Office Box 3037
Norfolk, VA 23514
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendant Sergeant J.F. Gayle*

11336577_1.DOC

2