IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

PEGGY A. HALES,

    Plaintiff,

v.                              Case No.: 4:11-cv-28

CITY OF NEWPORT NEWS, et. als.

    Defendants.

## AGREED ORDER GRANTING
## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Today came the parties, by counsel, and upon consideration of the arguments set forth in the Motion for Extension of Time to File Responsive Pleadings, representations of counsel, and for good cause shown, it is:

ORDERED that the Motion for Extension of Time to Reply filed by defendant Sergeant J. F. Gayle is granted and Gayle shall have through and including Friday, October 21, 2011 in which to file responsive pleadings to the remaining count of the complaint filed by plaintiff, Peggy A. Hales.

Enter: 10/26/2011

Judge: /s/ Douglas E. Miller
~~United States Magistrate Judge~~
United States District Court
Eastern District of Virginia

FILED
OCT 26 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

WE ASK FOR THIS:

/s/ Andrew K. Rudiger
Stanley G. Barr, Jr. (VSB No. 7224)
sgbarr@kaufcan.com
Andrew K. Rudiger (VSB No. 80884)
akrudiger@kaufcan.com
KAUFMAN & CANOLES, P. C.
Post Office Box 3037
Norfolk, VA 23514
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Sergeant J.F. Gayle*

SEEN AND AGREED

Allen J. Gordon, Esq.
Erik P. Gordon, Esq.
1553 S. Military Highway
P.O. Box 1756
Chesapeake, VA 23327
*Counsel for Plaintiff*

SEEN AND AGREED

Darlene P. Bradberry, Esq.
Nicole M. Montalto, Esq.
Newport News City Attorney's Office
2400 Washington Avenue, 9th Floor
Newport News, VA 23607
*Counsel for City of Newport News, James D. Fox and Neil A. Morgan*

SEEN AND AGREED

Alan B. Rashkind, Esq.
Furniss, Davis, Rashkind and
Saunders, P.C.
6160 Kempsville Circle, #341B
P.O. Box 12525
Norfolk, VA 23541-0525
*Counsel for Justin E. Briggs*

11336568_1.DOC