AO 450 Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION



FILED
NOV 29 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PEGGY A. HALES,

    Plaintiff,

v.

                          Civil Action No. 4:11cv28

CITY OF NEWPORT NEWS, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against defendant Johnson are DISMISSED WITHOUT PREJUDICE.

| | |
|---|---|
| November 28, 2011 | FERNANDO GALINDO, CLERK |
| Date | |
| | By: /s/ |
| | R. Simmons, Deputy Clerk |