### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### Norfolk/Newport News Divisions
### OFFICE OF THE CLERK

## NOTICE

Date:     April 2, 2012

To:       Counsel of Record

Re:       4:11cv28   Hales v. City of Newport News et al

The court has been advised that this matter is settled. At the direction of the court, we must notify you that the matter will be **"dismissed agreed with prejudice,"** unless an otherwise appropriate dismissal order is received from counsel **within ten (10) days from the date of this notice.** This deadline may be extended only by an order of court obtained by counsel.

If the matter requires court approval of the settlement as in a death-by-wrongful-act case or a suit by a minor, you should arrange with the calendar clerk an appropriate date for a hearing to accomplish this approval.

The court appreciates your giving this matter your prompt attention.

FERNANDO GALINDO, Clerk

By:  _____/s/_____
R. Simmons, Deputy Clerk