**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

PEGGY A. HALES,

    Plaintiff,

v.                             Civil Action No.: 4:11cv28

CITY OF NEWPORT NEWS, et al.,

    Defendants.

### DISMISSED AGREED ORDER

THIS CAUSE came this day on joint motion of the parties, and it being represented that all matters in controversy between the parties have been resolved.

It is ADJUDGED, ORDERED and DECREED that the above-styled matter shall be and is hereby DISMISSED AGREED, with prejudice.

ENTERED this 5th day of April, 2012.

/s/_____
Mark S. Davis
United States District Judge

WE ASK FOR THIS:

_____
Alan B. Rashkind, Esquire
*Counsel for Defendant, Justin E. Briggs*

_____
Stanley G. Barr, Jr., Esquire
*Counsel for Defendant, J. F. Gayle*

_____
Allen J. Gordon, Esquire
*Counsel for Plaintiff, Peggy A. Hales*